IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHIRLEEN RODRIGUEZ MERCADO** | : | Civil No. 1:21-CV-365 |
| **Plaintiff** | : | (Magistrate Judge Carlson) |
| v. | : | |
| **KILOLO KIJAKAZI,**<br>**Acting Commissioner of Social Security[1],** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of September 2022, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

/s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g) Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.